## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Georgia

Case Number: 17-CV-00102-CDL

Plaintiff:
**DAN COHEN**

vs.

Defendant:
**CHARTER COMMUNICATIONS, LLC**



IST2017002311

For:
Octavio Gomez
Morgan & Morgan
201 North Franklin Street
Tampa, FL 33602

Received by Investigative Services of Tampa on the 12th day of July, 2017 at 3:20 pm to be served on **CHARTER COMMUNICATIONS, LLC C/O CT CORPORATION, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **13th day of July, 2017** at **1:30 pm**, I:

**LIMITED LIABILITY SERVICE:** served the within named **Limited Liability Company** by leaving a true copy of this **Summons and Complaint** at the address of **1200 South Pine Island Road, Plantation, FL 33324 with the date and hour of service endorsed thereon by me to CT Corporation System as Registered Agent**, informing said person of the contents therein, pursuant to F.S. Chapter 48.062.

**Additional Information pertaining to this Service:**

For contact Donna Moch, Senior Corporate Operations Manager.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 13th day of July, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

EVERTON E BAGGOO
Notary Public - State of Florida
Commission # GG 036687
My Comm. Expires Jan 5, 2021
Bonded through National Notary Assn.

Eric Deal
SPS 336

**Investigative Services of Tampa**
P.O. Box 272638
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2017002311
Ref: 7481974

© 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1g

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-00102-CDL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CHARTER COMMUNICATIONS, LLC

was received by me on *(date)*  07/12/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Donna Moch, Sr. Op. Manager , who is
designated by law to accept service of process on behalf of *(name of organization)*  CT CORPORATION SYS
1200 S. PINE ISLAND RD  on *(date)* JULY 13, 2017 ; or
PLANTATION, FL 33324

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: July 13, 2017

_____
*Server's signature*

ERIC DEAL, SPS 336
*Printed name and title*

INVESTIGATIVE SERVICES OF TAMPA, INC.
P.O. BOX 272638, TAMPA, FLORIDA 33688

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| DAN COHEN  *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 3:17-CV-102-CDL |
| CHARTER COMMUNICATIONS, LLC  *Defendant(s)* | ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHARTER COMMUNICATIONS, LLC
c/o Registered Agent, CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Octavio Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
TGomez@ForThePeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  6/28/2017

*CLERK OF COURT*

s/ Gail G. Sellers

*Signature of Clerk or Deputy Clerk*